NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

J.W.H.,      )
     )
     Petitioner,      )
     )
v.      )     Case No. 2D19-1374
     )
STATE OF FLORIDA,      )
     )
     Respondent.      )
_____)

Opinion filed September 25, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Lee County; Bruce E. Kyle, Judge.

Kathleen A. Smith, Public Defender, and
Nicole Calderone, Assistant Public
Defender, Fort Myers, for Petitioner.

Ashley Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Respondent.


PER CURIAM.


     Denied.


SLEET, SALARIO, and BADALAMENTI, JJ., Concur.